IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| HEATHER WALKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-01143-STA-jay |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER DIRECTING PETITIONER TO SIGN PETITION
AND
CLERK TO SEND FORM

On July 12, 2019, Petitioner Heather Walker filed a *pro se* motion to vacate, set aside, or correct her sentence (the "Petition"), pursuant to 28 U.S.C. § 2255. (ECF No. 1.) Under Rule 2(b), a § 2255 petition must be "signed under penalty of perjury by the [petitioner] or by a person authorized to sign it for" her. *Rules Governing Section 2255 Proceedings for the United States District Courts*, Rule 2(b)(5). Walker did not sign the Petition. She is therefore **ORDERED** to submit a signed signature page to the Court within twenty-eight days of entry of this order.[1] Failure to comply with this order will result in dismissal of the Petition without prejudice pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: July 15, 2019

---

[1] The Clerk is **DIRECTED** to send Petitioner the Court's official § 2255 petition form.

1